# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 25, 2016

## NO. 03-15-00010-CV

**Colleen Dickinson, Appellant**

**v.**

**Bruce Dana Hardesty, Appellee**

## APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the divorce decree signed by the trial court on October 6, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's divorce decree. Therefore, the Court affirms the trial court's divorce decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.